UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-484-F

| | |
|---|---|
| PEGGY PLEDGER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UHS-PRUITT CORPORATION, ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court on the Defendant's motion for summary judgment [DE-54]. Despite receiving a *Roseboro* letter [DE-56], Pledger has failed to respond to the motion. The court has independently reviewed the Defendant's motion, the accompanying memorandum of law and the exhibits attached thereto [DE-55] and concludes that the motion should be ALLOWED. *See Custer v. Pan Am. Life Ins. Co.*, 12 F.3d 410, 416 (4th Cir. 1993) ("Although the failure of a party to respond to a summary judgment motion may leave uncontroverted those facts established by the motion, the moving party must still show that the uncontroverted facts entitle the party to a 'judgment as a matter of law.'"). Accordingly, Pledger's remaining claims for discrimination and retaliation under Title VII, the ADEA, and § 1981, are DISMISSED.[1] The Clerk of Court is DIRECTED to close this case.

---

[1] The court dismissed all of Pledger's other claims by order dated April 22, 2013 [DE-12].

SO ORDERED.

This the 5 day of July, 2014.

                                                JAMES C. FOX
                                                Senior United States District Judge