UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PEGGY PLEDGER,<br>　　　　Plaintiff,<br><br>v.<br><br>UHS-PRUITT CORPORATION,<br>　　　　Defendants. | JUDGMENT<br><br>No. 5:12-cv-484-F |

**Decision by Court.**
This case came before the Honorable James C. Fox, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED pursuant to the court's order dated April 23, 2013, the defendants' motion to dismiss is DENIED in part with respect to Plaintiff's Title VII, ADEA and § 1981 claims of discrimination (age and race) and retaliation (for filing prior action) based the discipline (i.e., discharge) she allegedly received subsequent to her interaction with a family member, and ALLOWED in all other respects.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's remaining claims for discrimination and retaliation under Title VII, the ADEA, and Sec. 1981, are DISMISSED. The Clerk of Court is DIRECTED to close this case.**

This Judgment Filed and Entered on August 5, 2014, with service on:

Peggy Pledger, P. O. Box 26904, Raleigh, NC 27611

Benton Louis Toups (via cm/ecf Notice of Electronic filing)

Ralph J. Blincoe, III (via cm/ecf Notice of Electronic filing)

| | |
|---|---|
| August 5, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ EL Eggleston<br>(By): EL Eggleston, Deputy Clerk |